IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2021 SEP 22 PM 1:59

MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BROOKS HAUCK,<br><br>Defendant. | No. 21-CR-99-S<br><br>Ct 1: 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)<br>(Conspiracy to Distribute Methamphetamine)<br><br>Ct 2: 21 U.S.C. § 841(a)(1), (b)(1)(B)<br>(Possession with Intent to Distribute Methamphetamine) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From on or about December 1, 2020, through and including on or about June 11, 2021, in the District of Wyoming and elsewhere, the Defendant, **BROOKS HAUCK**, did knowingly, intentionally and unlawfully combine, conspire, confederate, and agree together and with other persons known and unknown to the grand jury, to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A).

### COUNT TWO

On or about June 11, 2021, in the District of Wyoming, the Defendant, **BROOKS HAUCK**, did knowingly, intentionally, and unlawfully possess with intent to distribute 50 grams

or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1), (b)(1)(B).

A TRUE BILL:

*INK SIGNATURE ON FILE*
FOREPERSON

_____
L. ROBERT MURRAY
Acting United States Attorney

|  | PENALTY SUMMARY |
|---|---|
| **DEFENDANT NAME:** | BROOKS HAUCK |
| **DATE:** | September 20, 2021 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** | |

**Ct: 1** 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)
(Conspiracy to Distribute Methamphetamine)

10 Years To Life Imprisonment
Up To $10,000,000 Fine
5 Years To Life Supervised Release
$100 Special Assessment

**Ct: 2** 21 U.S.C. § 841(a)(1), (b)(1)(B)
(Possession with Intent to Distribute Methamphetamine)

5-40 Years Imprisonment
Up To $5,000,000 Fine
Nlt 4 Years To Life Supervised Release
$100 Special Assessment

| | |
|---|---|
| **TOTALS:** | 15 Years To Life Imprisonment<br>Up To $15,000,000 Fine<br>5 Years To Life Supervised Release<br>$200 Special Assessment |
| **AGENT:** | Kyle Davis, DCI |
| **AUSA:** | Michael A. Blonigen, Special Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |

| | |
|---|---|
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | Yes. The Court should not grant bond as the Defendant is not bondable. |